# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. KAPLAN,<br><br>    Plaintiff,<br><br>v.<br><br>GERARD P. CHARLIER, *et al.*,<br><br>    Defendants. | Case No. 2:07-cv-00849-LDG (GWF)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Plaintiff's Motion for Clarification (#82) is DENIED as moot.

DATED this 19 day of May, 2011.

_____
Lloyd D. George
United States District Judge